UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-20248-CIV COOKE/BROWN

GBEKE MICHAEL AWALA,

    *Plaintiff*,

v.

U.S. DISTRICT JUDGE
ALAN S. GOLD, *et al.*,

    *Defendants*.

_____/

## ORDER DISMISSING CASE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. For the reasons set forth below, this case is DISMISSED. Additionally, all pending motions are DENIED *as moot*.

In his complaint, the Plaintiff alleges that Defendants, one United States District Judge, one United States Magistrate Judge, the Clerk of Court, the Florida Department of Health and its Secretary, and the United States District Court for the Southern District of Florida, conspired to interfere with or destroy his birth record.

The Plaintiff, calling the Defendants "buffoons" and their conduct a "slander[] [on] due justice" is seeking injunctive relief and damages in the amount of $21 million per Defendant, based on claims that various of his constitutional rights were violated. The Plaintiff has not stated a viable cause of action, and even if he had, the Defendant judges are entitled to judicial immunity. *Bolin v. Story*, 225 F.3d 1234, 1239 (11th Cir. 2000) ("Judges are entitled to absolute immunity from damages for those acts taken while they are acting in their judicial capacity unless they acted in the 'clear absence of all jurisdiction.'") (quoting *Stump v. Sparkman*, 435 U.S. 349, 356-57

(1978)).

Moreover, this case is frivolous. Under 28 U.S.C. § 1915(e)(2)(B)(i), a court "shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous or malicious." "The Supreme Court has explained that indigent litigants' claims are 'frivolous' when they 'lack[ ] an arguable basis either in law or in fact.'" *Weeks v. Jones*, 100 F.3d 124, 127 (11th Cir, 1996) (quoting *Neitzke v. Williams*, 490 U.S. 319, 325 (1989)) (footnote omitted). "Factual allegations are frivolous for purpose of [28 U.S.C.] § 1915(d) when they are 'clearly baseless;' legal theories are frivolous when they are 'indisputably meritless.' " *Id.* (quoting *Battle v. Central State Hosp.*, 898 F.2d 126, 129 (11th Cir.1990) (per curiam)).[1]

The Supreme Court in *Neitzke* gave the following succinct summary of cases that are ripe for dismissal due to frivolity:

> Examples of [claims based on indisputably meritless legal theory] are claims against which it is clear that the defendants are immune from suit, and claims of infringement of a legal interest which clearly does not exist, . . . . Examples of [claims based on factual contentions that are clearly baseless] are claims describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar.

*Neitzke v. Williams*, 490 U.S. at 327-28. Here, Plaintiff's factual allegations are clearly baseless, and because Plaintiff does not claim infringement of an existing legal interest, his legal theories are indisputably meritless. Furthermore, Plaintiff's claims are an archetype of "fantastic or delusional scenarios."

Lastly, I note that this Plaintiff is a "multiple-filer," having filed several actions, against multiple judges and other defendants, bringing similar or identical claims, all of which, if not

---

[1]Current section 1915(e)(2)(B)(i) contains the same language as former section 1915(d).

currently pending, have been dismissed.[2]

After reviewing the entire complaint, the Court concludes that Plaintiff's claims do not contain an arguable basis in law or in fact. Accordingly, it is **ORDERED and ADJUDGED** that this case is **DISMISSED**. All pending motions are **DENIED** *as moot*. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February 2008.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Stephen T. Brown*
*Counsel of Record*
Gbeke Michael Awala
82074-054
U.S.P. Canaan
PO Box 300
Waymart, PA 18472
PRO SE

---

[2] *See e.g.* 1:06-cv-20630-MGC *Awala v. Jones, et al.;* 1:06-cv-21014-AJ *Awala v. Levi, et al.*; 1:06-cv-22206-AJ *Awala v. Bush, et al.*; 1:07-cv-20863-UNA *Awala v. Zloch et al.*; 1:07-cv-20883-JAL *Awala v. Housing Authority of the City of Miami et al.*; 1:07-cv-22447-AJ *Awala v. Clement et al.*; 1:07-cv-22853-ASG *Awala v. Florida Department of Health et al.*; 1:07-cv-23169-PAS *Awala v. Jordan*; 1:08-cv-20111-FAM *Awala v. Seitz et al.*